UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SEAN MOHAN, an individual,<br><br>Plaintiff,<br>v.<br><br>CITY OF PLACENTIA, a municipal entity; PLACENTIA POLICE DEPARTMENT; Officer THOMAS MCKENZIE; Officer TAYLOR REVARD; Officer AUSTIN MARTINEZ, an individual; BRAD BUTTS, as Chief of Police of Placentia Police Department; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:24−cv−01105−AH−KESx<br>Assigned to Judge Anne Hwang<br>Magistrate Karen E. Scott<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF DEFENDANTS, CITY OF PLACENTIA AND PLACENTIA POLICE DEPARTMENT WITH PREJUDICE [78] [JS-6]** |

**ORDER**

1. The Court has reviewed the Parties' Joint Stipulation for Dismissal of CITY OF PLACENTIA and PLACENTIA POLICE DEPARTMENT with prejudice, and good cause appearing, the Court ORDERS as follows.
2. All claims against Defendant CITY OF PLACENTIA and PLACENTIA POLICE DEPARTMENT are hereby DISMISSED with prejudice.
3. Each side shall bear its own attorneys' fees and costs as between Plaintiff and the dismissed individual Defendants, unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: July 15, 2026 By: ______________________

Judge Anne Hwang
United States District Judge